UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DARRIS ANTHONY PHARMS,

       Plaintiff,

v.

HEIDI E. WASHINGTON et al.,

       Defendants.

Case No. 1:22-cv-9

Honorable Ray Kent

_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  August 30, 2022                     /s/ Ray Kent
                                                               Ray Kent
                                                               United States Magistrate Judge